210 So.2d 506

**Joseph V. LOPIPARO, Sr., et al.**

v.

**H. L. VARNADO et al.**

No. 49252.

June 4, 1968.

In re: Joseph V. Lopiparo Sr., and Hazel V. Lopiparo Sr. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 208 So.2d 354.

Writ denied. There appears no error of law in the judgment of the Court of Appeal.

210 So.2d 506

**Leo V. ATTAWAY et ux.**

v.

**E. K. SCHLUNTZ et al.**

No. 49255.

June 4, 1968.

In re: Leo V. Attaway and his wife, Elwanda Attaway applying for certiorari, or writ of review, to the Court of Appeal, First Circuit Parish of East Baton Rouge. 208 So.2d 332.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.